Certificate Number: 14424-NJ-DE-036327375

Bankruptcy Case Number: 22-10692



14424-NJ-DE-036327375

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 13, 2022, at 3:36 o'clock PM EST, John Roberts completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   February 13, 2022                    By:   /s/Edsie Lim

                                             Name:   Edsie Lim

                                             Title:   Certified Personal Finance Counselor