UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                    Case No.: __22-10692__

JOHN S. ROBERTS                                           Chapter: __7__

                                                          Judge: __Kathryn C. Ferguson__

### NOTICE OF PROPOSED ABANDONMENT

__Andrea Dobin,__ __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clerk of the U.S. Bankruptcy Court
> U.S. Courthouse, 1st floor
> 402 E. State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __March 29, 2022__ at __10:00 a.m.__ at the United States Bankruptcy Court, Courtroom no __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> 50% interest in real estate located at:
> 27 Stratford Drive
> Brick, NJ
>
> Valued at: $307,125.00

> Liens on property:
>
> New Res-shellpoint Mtg
> Value: $237,059.00
>
> Veripro Solutions
> Value: $142,770.31

> Amount of equity claimed as exempt:
>
> $17,595.42

Objections must be served on, and requests for additional information directed to:

Name:        __Andrea Dobin, Trustee__

Address:     __McManimon, Scotland & Baumann, LLC 427 Riverview Plaza, Trenton, NJ 08611__

Telephone No.: __609.695.6070 or 973.243.8600__

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                        Case No. 22-10692-KCF

John S Roberts                                                           Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                           User: admin                          Page 1 of 3
Date Rcvd: Feb 28, 2022                    Form ID: pdf905                 Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John S Roberts, 27 Stratford Drive, Brick, NJ 08724-3854 |
| 519494368 | ++ | ALLIED DIGESTIVE HEALTH LLC, MONMOUTH PARK CORPORATE CENTER I, 187 ROUTE 36 SUITE 230, WEST LONG BRANCH NJ 07764-1306 address filed with court:, Allied Digestive Health, 60 Highway 36, Suite B, West Long Branch, NJ 07764-1463 |
| 519494369 | + | Cavalry/La z Boy Furniture, 7 Skyline Drive, Hawthorne, NY 10532-2156 |
| 519494375 | + | Court Officer Delia Groeling, PO Box 537, DC000558-11, Barnegat, NJ 08005-0537 |
| 519494379 | | Crystal Run Healthcare, LLP, co Credit Management Company, P. O. Box 16346, Pittsburgh, PA 15242-0346 |
| 519494378 | + | Crystal Run Healthcare, LLP, 155 Crystal Run Road, Middletown, NY 10941-4057 |
| 519494380 | + | Discover, co Forster, Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519494382 | + | Discover/Citibank, co Rubin & Rothman, 1787 Veterans Hwy Suite 32, PO Box 9003, Islandia, NY 11749-9003 |
| 519494384 | + | Ditech, Po Box 6172, Rapid City, SD 57709-6172 |
| 519494383 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 519494385 | + | First Atlantic Fcu, 100 Monmouth Park, West Long Branch, NJ 07764-1462 |
| 519494387 | + | Higher Education Student Assistance Auth, 4 Quakenbridge Plz, Trenton, NJ 08619-1241 |
| 519494386 | + | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, P.O. Box 548, Trenton, NJ 08625-0548 |
| 519494390 | | LaZBoy Furniture, 1 Lazboy Dr, Monroe, MI 48162-5138 |
| 519494391 | | Lowes, co Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519494397 | + | Ocean Medical Center, co Michael Maloney, 3455 Route 66, PO Box 727, Neptune, NJ 07754-0727 |
| 519494399 | + | Orange Lake Resorts, Attn: Bankruptcy, 9271 South John Young Parkway, Orlando, FL 32819-8607 |
| 519494402 | + | Sears/LVNV Funding, C/o Forster, Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725-5710 |
| 519494403 | + | Security Credit, co Nudleman, Klem & Golub, 425 Eagle Rock Ave Suite 403, Roseland, NJ 07068-1717 |
| 519494404 | | Security Credit Service, co Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519494405 | + | Security Credit Services, 2623 W Oxford Loop, Oxford, MS 38655-5442 |
| 519494406 | + | TRAF Group, 2297 St Hwy 33 Ste 906, Trenton, NJ 08690-1717 |
| 519494407 | + | Traf Group Inc/A-1 Collections, Attn: Bankruptcy, 2297 St Hwy 33 Ste 906, Hamilton Square, NJ 08690-1717 |
| 519494408 | + | Traf Group Inc/A-1 Collections, 101 Grovers Mill Road, Lawrenceville, NJ 08648-4706 |
| 519494409 | + | Veripro Solutions, PO Box 3572, Coppell, TX 75019-5538 |
| 519494410 | | WebBank, co Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519494412 | | WebBank/Midland Funding, co Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519494414 | | Wells Fargo, PO Box 54180, Los Angeles, CA 90054-0180 |
| 519494413 | + | Wells Fargo, co Schacter Portnoy, LLC, 3490 U.S. Route 1, Suite 6, Princeton, NJ 08540-5920 |
| 519494415 | + | West Hudson Imaging, co Collection Bureau Hudson Valley, Inc., Po Box 831, 155 North Plank Road, Newburgh, NY 12550-1747 |
| 519494416 | + | West Hudson Imaging, 707 E Main St, Middletown, NY 10940-2650 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 28 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 28 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519494370 | + | Email/Text: signed.order@pfwattorneys.com | Feb 28 2022 20:42:00 | Chase, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |

Case 22-10692-KCF    Doc 8    Filed 03/02/22    Entered 03/03/22 00:13:27    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 28, 2022 | Form ID: pdf905 | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| 519494372 | + | Email/Text: signed.order@pfwattorneys.com | Feb 28 2022 20:42:00 | Chase/Midland Funding LLC, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519494373 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2022 20:49:23 | Citibank, 701 East 60th St North, Sioux Falls, SD 57104-0432 |
| 519494374 | + | Email/Text: ering@cbhv.com | Feb 28 2022 20:42:00 | Collection Bureau Hudson Valley, Inc., 155 North Plank Rd, Newburgh, NY 12550-1748 |
| 519494376 | + | Email/Text: bkcy@creditmgt.com | Feb 28 2022 20:42:00 | Credit Management Control, Attn: Bankruptcy, Po Box 1654, Green Bay, WI 54305-1654 |
| 519494377 | + | Email/Text: bkcy@creditmgt.com | Feb 28 2022 20:42:00 | Credit Management Control, P.o. Box 1654, Green Bay, WI 54305-1654 |
| 519494381 | | Email/Text: mrdiscen@discover.com | Feb 28 2022 20:42:00 | Discover, P. O. Box 6103, Carol Stream, IL 60197-6103 |
| 519494371 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 28 2022 20:49:20 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 519494388 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 28 2022 20:42:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519494389 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 28 2022 20:42:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519494393 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2022 20:49:18 | LVNV Funding LLC, 15 S Main Street Ste 600, Greenville, SC 29601-2768 |
| 519494392 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 28 2022 20:49:16 | Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 519494395 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 28 2022 20:42:00 | Midland Funding LLC, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 519494396 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 28 2022 20:42:00 | New Res-shellpoint Mtg, 55 Beattie Place, Greenville, SC 29601-2165 |
| 519494398 | + | Email/Text: OMCbankruptcy@hackensackmeridian.org | Feb 28 2022 20:42:00 | Ocean Medical Center, 425 Jack Martin Blvd., Brick, NJ 08724-7732 |
| 519494400 | + | Email/Text: bankruptcies@orangelake.com | Feb 28 2022 20:42:00 | Orange Lake Resorts, 8505 W Irlo Bronson Memo, Kissimmee, FL 34747-8217 |
| 519494394 | | Email/Text: signed.order@pfwattorneys.com | Feb 28 2022 20:42:00 | Midland Funding LLC, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519494401 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2022 20:49:23 | Sears, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 519494411 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 28 2022 20:42:00 | WebBank, 215 State St. #800, Lake City, UT 84111-2339 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Feb 28, 2022 | Form ID: pdf905 | Total Noticed: 52

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2022          Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrea Dobin | ecftrusteead@msbnj.com  NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor John S Roberts courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |

TOTAL: 3