UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

IN RE:                                                                      CASE NO.: 22-10692-KCF
CHAPTER 7

**John S Roberts,**
   **Debtor.**

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                                       Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                       Authorized Agent for Secured Creditor
                                                       130 Clinton Rd #202
                                                       Fairfield, NJ 07004
                                                       Telephone: 470-321-7112

                                                       By: /s/Charles Wohlrab
                                                           Charles Wohlrab, Esq.
                                                           Email: CWohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 15, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JOHN S ROBERTS
27 STRATFORD DRIVE
BRICK, NJ 08724

And via electronic mail to:

OLIVER & LEGG, LLC
2240 STATE HIGHWAY 33, SUITE 112
NEPTUNE, NJ 07753

ANDREA DOBIN
MCMANIMON, SCOTLAND & BAUMANN, LLC 427 RIVERVIEW PLAZA
TRENTON, NJ 08611

U.S. TRUSTEE
US DEPT OF JUSTICE OFFICE OF THE US TRUSTEE ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Brianna Carr