Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.:  22–10692–KCF
    Chapter:  7
    Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John S Roberts
   27 Stratford Drive
   Brick, NJ 08724

Social Security No.:
   xxx–xx–7972

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Michael Brown , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

27 Stratford Drive, Brick, NJ

Dated: March 23, 2022
JAN: mjb

                Jeanne Naughton
                Clerk