UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILLIAM H. OLIVER, JR.
2240 Highway 33 Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s) John Roberts
WO-7129

In Re:

Roberts, John:
    Debtor(s)

Case No.: 22-10692

Adv. No:

Hearing Date: **May 10, 2022 at 10:00 a.m.**

Chapter: 7

Oral Argument Requested if Objection Filed

Judge: Kathryn C. Ferguson

## NOTICE OF MOTION TO AVOID LIENS UNDER 11 USC 522(f) AND CANCEL LIEN OF JUDGMENT

TO:    Andrea Dobin               All Creditors (See service list attached)
427 Riverview Plaza
Trenton, NJ 08611

John S Roberts
27 Stratford Drive
Brick, NJ 08724

**PLEASE TAKE NOTICE** that the undersigned will apply to the United States Bankruptcy Court located in Trenton, New Jersey on **Tuesday, May 10, 2022 at 10:00 a.m** for an Order avoiding judicial liens on residential real estate owned by debtor(s). Located at 27 Stratford Drive Brick NJ

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, the undersigned shall rely on a Certification which is annexed hereto.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-1(f), the movant shall only appear for oral argument if this Motion becomes contested, or if the court otherwise directs.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-1(a) and (d), unless timely responsive papers are filed in accordance with the appropriate rules, this Motion shall be deemed uncontested.

Dated:  April 11, 2022

**WILLIAM H. OLIVER, JR.**
Attorney for Debtor(s), John Roberts

# CREDITOR MAILING LIST

Chase/Midland Funding LLC
c/o Pressler & Pressler
7 Entin Road
Parsippany, NJ 07054
ATT: PRESIDENT, VICE PRESIDENT,
OFFICER, MANAGING OR GENERAL AGENT
OR ANY OTHER AGENT AUTHORIZED BY
APPOINTMENT OR BY LAW TO RECEIVE SERVICE OF PROCESS


Chase Card
Po Box 15298
Wilmington, DE 19850
ATT: PRESIDENT, VICE PRESIDENT,
OFFICER, MANAGING OR GENERAL AGENT
OR ANY OTHER AGENT AUTHORIZED BY
APPOINTMENT OR BY LAW TO RECEIVE SERVICE OF PROCESS


Midland Funding LLC
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193
ATT: PRESIDENT, VICE PRESIDENT,
OFFICER, MANAGING OR GENERAL AGENT
OR ANY OTHER AGENT AUTHORIZED BY
APPOINTMENT OR BY LAW TO RECEIVE SERVICE OF PROCESS


Chase
c/o Pressler & Pressler
7 Entin Road
Parsippany, NJ 07054
ATT: PRESIDENT, VICE PRESIDENT,
OFFICER, MANAGING OR GENERAL AGENT
OR ANY OTHER AGENT AUTHORIZED BY
APPOINTMENT OR BY LAW TO RECEIVE SERVICE OF PROCESS


Wells Fargo
co Schacter Portnoy, LLC
3490 U.S. Route 1, Suite 6
Princeton, NJ 08540
ATT: PRESIDENT, VICE PRESIDENT,
OFFICER, MANAGING OR GENERAL AGENT
OR ANY OTHER AGENT AUTHORIZED BY
APPOINTMENT OR BY LAW TO RECEIVE SERVICE OF PROCESS

Cavalry/La z Boy Furniture
7 Skyline Drive
Hawthorne, NY 10532
ATT: PRESIDENT, VICE PRESIDENT,
OFFICER, MANAGING OR GENERAL AGENT
OR ANY OTHER AGENT AUTHORIZED BY
APPOINTMENT OR BY LAW TO RECEIVE SERVICE OF PROCESS

LaZBoy Furniture
1 Lazboy Dr
Monroe, MI 48162-5138
ATT: PRESIDENT, VICE PRESIDENT,
OFFICER, MANAGING OR GENERAL AGENT
OR ANY OTHER AGENT AUTHORIZED BY
APPOINTMENT OR BY LAW TO RECEIVE SERVICE OF PROCESS

Wells Fargo
PO Box 54180
Los Angeles, CA 90054-0180
ATT: PRESIDENT, VICE PRESIDENT,
OFFICER, MANAGING OR GENERAL AGENT
OR ANY OTHER AGENT AUTHORIZED BY
APPOINTMENT OR BY LAW TO RECEIVE SERVICE OF PROCESS