UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILLIAM H. OLIVER, JR.
2240 Highway 33 Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s) John Roberts
WO-7129

In Re:

Roberts, John:
    Debtor(s)

Case No.: 22-10692

Adv. No:

Hearing Date: **May 10, 2022 at 10:00 a.m.**

Chapter: 7

Oral Argument Requested if Objection Filed

Judge: Kathryn C. Ferguson

## STATEMENT AS TO WHY A BRIEF IS NOT NECESSARY

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-2, the undersigned maintains that no brief is necessary because the issues involved are not complex or novel, Movant relies on clear statutory language as the basis for relief, and the moving papers give adequate notice of Movant's theory or relief and relevant facts.

Dated: **April 11, 2022**

_____
WILLIAM H. OLIVER, JR., ESQ.