UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILLIAM H. OLIVER, JR., ESQ
2240 Highway 33 Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s) John Roberts
WO-7129

Case No.: 22-10692

In Re:

Adv. No:

Roberts, John:
        Debtor

Hearing Date: **May 10, 2022 at 10:00 a.m.**
Chapter: 7

Oral Argument Requested if Objection Filed

Judge:  Kathryn C. Ferguson

## CERTIFICATION IN SUPPORT MOTION TO AVOID LIENS UNDER 11 USC 522(f) AND CANCEL LIEN OF JUDGMENT

I, William Oliver, by way of Certification and support of this Motion to Avoid Liens hereby certify and say:

1. I am the attorney for the debtor in the above captioned matter.

2. On 1/28/2022, the debtor in the above matter filed a petition in bankruptcy under the Federal Bankruptcy Code, Chapter 7, Case No. 22-10692 in the Federal Bankruptcy Court, Trenton, New Jersey. Copy of the Notice of Commencement of case is attached hereto and labeled *Exhibit "A"*.

3. Debtor claimed an exemption with respect to his property located at 27 Stratford Drive, Brick, NJ in the amount of **$17,595.42**.

4. Midland Funding obtained judgment under Case No. DC 013860-12 against the debtor in the Ocean County Special Civil Part, Law Division, which was docketed as Judgment No. DJ-007935-2014 on 1/14/2014 in the amount of $7823.96 + costs $10.00 against the debtor as *Exhibit "B"*.

5. Cavalry Portfolio Services assignee of Cavalry SPV I LLC, Wells Fargo/LA Z Boy Furniture obtained judgment under Case No. DC007484-11 against the debtor in the Ocean County Special

Civil Part, Law Division, which was docketed as Judgment No. DJ 103236-2012 on 5/15/2012, in the amount of 1,583.81, interest $3.66, costs $85.68, and fees $10.00 against the debtor as **Exhibit "C"**.

6. Said Creditors were listed in the bankruptcy petition. A copy of Schedule F is attached hereto as **Exhibit "D"**.

7. This action is brought under 11 USC 522(f) to avoid the lien of judgments that interfere with the Debtor's exemptions.

8. The Debtors request an Order that lien of judgments are avoided and directing the Clerk of the Court in which said judgment was entered to cancel and discharge same by entering on the record or in the margin of the record of the judgment that same has been canceled and discharged by Order of the Court.

9. In Schedule A of the Bankruptcy Petition, debtor listed the market value of their real estate located at 27 Stratford Drive, Brick, NJ:

| | | |
|---|---|---|
| | Value of property: | $307,125.00 |
| | Less 1st Mortgage: | -237,059.00 |
| | Less 2nd Mortgage | -142,770.31 |
| | Less Schedule C exemption: | -17,595.42 |
| | Total deductions: | -397,424.73 |
| | Non-exempt equity: | (-90,299.73) |

There was therefore no equity in debtors' real estate for which any liens could attach in the bankruptcy. The lien, therefore, could have been discharged in the bankruptcy proceeding pursuant to 11 USC §522(f).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: **April 11, 2022**

WILLIAM H. OLIVER, JR.
Attorney for Debtor(s), John Roberts

# Exhibit "A"

# Open Voluntary Bankruptcy Case

## U.S. Bankruptcy Court

## District of New Jersey

Notice of Bankruptcy Case Filing

The following transaction was received from William H. Oliver, Jr. entered on 1/28/2022 at 11:57 AM EST and filed on 1/28/2022

**Case Name:** John S Roberts
**Case Number:** 22-10692
**Document Number:** 1

**Docket Text:**
Chapter 7 Voluntary Petition Filed by William H. Oliver, Jr. on behalf of John S Roberts. (Oliver, Jr., William)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** F:\ECF\Roberts, John S\Petition.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=1/28/2022] [FileNumber=59199507-0] [2b4795552545f98c05e2fce1081e4ded172b72d8aeb394b0b598a98194cccff043 98972597e3fb489d98e53bb5335f8c4732bb90a32bd793c062112ff28b20c0]]

**22-10692 Notice will be electronically mailed to:**

William H. Oliver, Jr. on behalf of Debtor John S Roberts
courtdocs@oliverandlegg.com, R59915@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

**22-10692 Notice will not be electronically mailed to:**

# Exhibit "B"

```
RN22-087-04418                RE: ROBERTS                                          19
988-1500-20
```

SUPERIOR COURT OF NEW JERSEY

```
JUDGMENT NUMBER: DJ-007935-2014          CASE NUMBER: DC   013860   12
DATE DOCKETED: 01/14/14                  DATE OF JUDGMENT IN S.C.P.: 12/06/13
TYPE OF ACTION: CONTRC-REG
VENUE: OCEAN
                                                   DEBT: $        7,823.96
                                                   DCKG: $           10.00

CREDITOR(S):
     MIDLAND FUNDING LLC
            8875 AERO DR, SAN DIEGO, CA 92123
     ATTORNEY: PRESSLER & PRESSLER
            7 ENTIN RD
            PARSIPPANY NJ 07054

DEBTOR(S):
     JOHN ROBERTS
            27 STRATFORD DR, BRICK, NJ 08724
     ATTORNEY: PRO SE
                             ---------------
                         *** End of Abstract ***
```

SUPERIOR COURT OF NEW JERSEY

```
JUDGMENT NUMBER: DJ-075387-2014          CASE NUMBER: DC   002828   11
DATE DOCKETED: 04/29/14                  DATE OF JUDGMENT IN S.C.P.: 05/09/11
TYPE OF ACTION: CONTRC-REG
VENUE: MERCER
                                                   DEBT:  $        8,053.12
                                                   COSTS: $           10.09
                                                   OTH:   $            3.97
                                                   INT:   $           68.85
                                                   DCKG:  $           10.00

CREDITOR(S):
     AMERICAN TRADING COMPANY
            PO BOX 6448
            LAWRENCEVILLE, NJ 08648
     ATTORNEY: LENOX SOCEY FORMIDONI ET AL
            3131 PRINCETON PIKE, STE 1B
            PO BOX 6448
            LAWRENCEVILLE NJ 08638

DEBTOR(S):
     JOHN ROBERTS
     DIANE ROBERTS
            752 GROVEVILLE ALLENTOWN RD, YARDVILLE, NJ 08620
     ATTORNEY: PRO SE
     CREDIT OF $1,417.13      ---------------
                         *** End of Abstract ***
```

*Charles Jones — A DataTrace Company*

*Exhibit "C"*

RN22-087-04418         RE: ROBERTS                                          17
988-1500-20

                        SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-103236-2012          CASE NUMBER: DC  007484   11
DATE DOCKETED: 05/15/12                  DATE OF JUDGMENT IN S.C.P.: 11/14/11
TYPE OF ACTION: CONTRC-REG
VENUE: OCEAN
                                              DEBT: $        1,583.81
                                             COSTS: $           85.68
                                               INT: $            3.66
                                              DCKG: $           10.00

CREDITOR(S):
    CAVALRY PORTFOLIO SERVICES
            7 SKYLINE DR, HAWTHORNE, NY 10532
        ASSIGNEE OF
    CAVALRY SPV I LLC
        ASSIGNEE OF
    WELLS FARGO/LA Z BOY FURNITURE GALLERI
        ATTORNEY: SCHACHTER PORTNOY LLC
                  3490 US RTE 1, SUITE 6
                  PRINCETON NJ 08540

DEBTOR(S):
    JOHN ROBERTS
            27 STRATFORD DR, BRICK, NJ 08724-3854
        ATTORNEY: PRO SE
                     ---------------
                *** End of Abstract ***


                        SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-022172-2013          CASE NUMBER: DC  030356   09
DATE DOCKETED: 01/31/13                  DATE OF JUDGMENT IN S.C.P.: 02/05/10
TYPE OF ACTION: CONTRC-REG
VENUE: HUDSON
                                              DEBT: $        1,136.92
                                             COSTS: $           76.74
                                               OTH: $           11.30
                                               INT: $           27.57
                                              DCKG: $           10.00

CREDITOR(S):
    MIDLAND FUNDING LLC
            8875 AERO DR, SAN DIEGO, CA 92123
        ATTORNEY: PRESSLER & PRESSLER
                  7 ENTIN RD
                  PARSIPPANY NJ 07054
                  973-887-2415

DEBTOR(S):
    JOHNNY ROBERTS
            27B E 21ST ST
            BAYONNE, NJ 07002
        ATTORNEY: PRO SE
                     ---------------
    9-22-21 WRIT OF EXECUTION ISSUED
                *** End of Abstract ***

*Charles Jones*
A DataTrace Company

# Exhibit "D"

**Fill in this information to identify your case:**

Debtor 1: John S Roberts
 First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number: 22-10692
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ■ No. Go to Part 2.
   ☐ Yes.

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | Chase/Midland Funding LLC | Last 4 digits of account number  6012 | $7,602.00 |

Nonpriority Creditor's Name
c/o Pressler & Pressler
7 Entin Road
Parsippany, NJ 07054
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  DJ7935-14
 Partially Satisfied Levy Turnover 6/2017
 NOM AVOID

Debtor 1  John S Roberts                                                Case number (if known)  22-10692

| 4.17 | Wells Fargo | Last 4 digits of account number  8411 | $1,473.86 |

Nonpriority Creditor's Name
co Schacter Portnoy, LLC
3490 U.S. Route 1, Suite 6
Princeton, NJ 08540
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?
■ No
☐ Yes

■ Other. Specify  DJ 103236-12  NOM AVOID

| 4.18 | West Hudson Imaging | Last 4 digits of account number  1867 | $158.00 |

Nonpriority Creditor's Name
co Collection Bureau Hudson Valley, Inc.
Po Box 831
155 North Plank Road
Newburgh, NY 12551
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?
■ No
☐ Yes

■ Other. Specify _____

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
Allied Digestive Health
60 Highway 36
Suite B
West Long Branch, NJ 07764-1463

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
Cavalry/La z Boy Furniture
7 Skyline Drive
Hawthorne, NY 10532

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
Chase
c/o Pressler & Pressler
7 Entin Road
Parsippany, NJ 07054

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  1419

Official Form 106 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 7 of 11
Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   John S Roberts                                         Case number (if known)   22-10692

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.10** of (Check one): | |
|---|---|---|
| Chase<br>c/o Pressler & Pressler<br>7 Entin Road<br>Parsippany, NJ 07054 | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims | |
| | Last 4 digits of account number | 1419 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.1** of (Check one): |
|---|---|
| Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.10** of (Check one): |
|---|---|
| Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.5** of (Check one): |
|---|---|
| Citibank<br>701 East 60th St North<br>Sioux Falls, SD 57117 | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.18** of (Check one): |
|---|---|
| Collection Bureau Hudson Valley, Inc.<br>155 North Plank Rd<br>Newburgh, NY 12550 | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.14** of (Check one): |
|---|---|
| Court Officer Delia Groeling<br>PO Box 537<br>DC000558-11<br>Barnegat, NJ 08005 | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.2** of (Check one): |
|---|---|
| Credit Management Control<br>P.o. Box 1654<br>Green Bay, WI 54301 | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.3** of (Check one): |
|---|---|
| Crystal Run Healthcare, LLP<br>co Credit Management Company<br>P. O. Box 16346<br>Pittsburgh, PA 15242-0346 | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.4** of (Check one): |
|---|---|
| Discover<br>P. O. Box 6103<br>Carol Stream, IL 60197-6103 | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.5** of (Check one): |
|---|---|
| Discover<br>P. O. Box 6103<br>Carol Stream, IL 60197-6103 | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.6** of (Check one): |
|---|---|
| Ditech<br>Po Box 6172<br>Rapid City, SD 57709 | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 8 of 11

Debtor 1  John S Roberts                                              Case number (if known)  22-10692

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Higher Education Student Assistance Auth<br>4 Quakenbridge Plz<br>Trenton, NJ 08625 | Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |
| Kohls/Capital One<br>Po Box 3115<br>Milwaukee, WI 53201 | Line **4.9** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |
| LaZBoy Furniture<br>1 Lazboy Dr<br>Monroe, MI 48162-5138 | Line **4.17** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |
| Lowes<br>co Pressler and Pressler, LLP<br>7 Entin Road<br>Parsippany, NJ 07054-5020 | Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |
| Lowes<br>P.O. Box 530914<br>Atlanta, GA 30353 | Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |
| LVNV Funding LLC<br>15 S Main Street Ste 600<br>Greenville, SC 29601 | Line **4.13** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |
| Midland Funding LLC<br>Attn: Bankruptcy<br>PO Box 939069<br>San Diego, CA 92193 | Line **4.1** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |
| Midland Funding LLC<br>Attn: Bankruptcy<br>PO Box 939069<br>San Diego, CA 92193 | Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |
| Ocean Medical Center<br>425 Jack Martin Blvd.<br>Brick, NJ 08724 | Line **4.11** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |
| Orange Lake Resorts<br>8505 W Irlo Bronson Memo<br>Kissimmee, FL 34747 | Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |
| Sears<br>P.O. Box 6283<br>Sioux Falls, SD 57117-6283 | Line **4.13** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br>Last 4 digits of account number |

| Debtor 1 | John S Roberts | Case number (if known) | 22-10692 |
|---|---|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Security Credit<br>co Nudleman, Klem & Golub<br>425 Eagle Rock Ave Suite 403<br>Roseland, NJ 07068 | Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Security Credit Services<br>2623 W Oxford Loop<br>Oxford, MS 38655 | Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| TRAF Group<br>2297 St Hwy 33 Ste 906<br>Trenton, NJ 08690 | Line **4.15** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Traf Group Inc/A-1 Collections<br>101 Grovers Mill Road<br>Lawrenceville, NJ 08648 | Line **4.15** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| WebBank<br>215 State St. #800<br>Lake City, UT 84111 | Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| WebBank/Midland Funding<br>co Pressler and Pressler, LLP<br>7 Entin Road<br>Parsippany, NJ 07054-5020 | Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Wells Fargo<br>PO Box 54180<br>Los Angeles, CA 90054-0180 | Line **4.17** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| West Hudson Imaging<br>707 E Main St<br>Middletown, NY 10940 | Line **4.18** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. $ | 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ | 0.00 |
| | | | | **Total Claim** |
| **Total claims from Part 2** | 6f. | Student loans | 6f. $ | 8,015.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $ | 0.00 |

Official Form 106 E/F      Schedule E/F: Creditors Who Have Unsecured Claims      Page 10 of 11

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy