UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

WILLIAM H. OLIVER, JR.
Oliver and Legg
2240 Highway 33 Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s) John Roberts
WO-7129

In Re:
In Re:

Roberts, John:
Debtor(s)

Case Number: 22-10692

Hearing Date: 5/10/2022 at 10:00 am

Judge: Kathryn C. Ferguson

Chapter: 7

Recommended Local Form:    ☐ Followed    ☐ Modified

## ORDER TO AVOID LIEN(S) IN A CHAPTER 7 CASE
## PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial lien(s) on the property described as _____27 Stratford Drive Brick NJ_____, and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. ____Midland Funding OCN DC 013860-12    DJ-007935-2014____

2. ____Cavalry Portfolio Services  OCN DC007484-11    DJ 103236-2012____

3. _____

and it is hereby

ORDERED that the debtor may avoid above referenced lien(s) and have same cancelled of record as to the property, provided the debtor is granted a discharge in this chapter 7 case.

*rev.8/1/15*

2