| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>WILLIAM H. OLIVER, JR.<br>2240 Highway 33 Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s) John Roberts<br>WO-7129<br><br>In Re:<br><br>Roberts, John:<br>Debtor(s) | Case No.: 22-10692<br><br>Chapter: 7<br><br>Adv. No.:<br><br>Hearing Date: 5/10/2022<br><br>Judge: Kathryn C. Ferguson |

## CERTIFICATION OF SERVICE

1. I, __Marie Chamra__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __William H. Oliver, Jr.__, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __4/18/2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Motion to Avoid Lien of Midland Funding & Cavalry Portfolio Svcs Filed by William H. Oliver, Jr. on behalf of John S Roberts. Hearing scheduled for 5/10/2022 at 10:00 AM Attachments: # 1 Brief Statement as to Why No Brief is Necessary # 2 Certification # 3 Proposed Order)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 4/18/2022                                                      _____
                                                                                      Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrea Dobin<br>427 Riverview Plaza<br>Trenton, NJ 08611 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Chase/Midland Funding LLC<br>c/o Pressler & Pressler<br>7 Entin Road<br>Parsippany, NJ 07054 | | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| att: President, Vice President, Officer, Managing or General Agent or any other agent authorized by appointment or by law to receive service of process | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Chase Card<br>Po Box 15298<br>Wilmington, DE 19850<br>att: President, Vice President, Officer, Managing or General Agent or any other agent authorized by appointment or by law to receive service of process | | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| LaZBoy Furniture<br>1 Lazboy Dr<br>Monroe, MI 48162-5138<br>att: President, Vice President, Officer, Managing or General Agent or any other agent authorized by appointment or by law to receive service of process | | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Wells Fargo<br>PO Box 54180<br>Los Angeles, CA 90054-0180<br>att: President, Vice President, Officer, Managing or General Agent or any other agent authorized by appointment or by law to receive service of process | | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Midland Funding LLC<br>PO Box 939069<br>San Diego, CA 92193<br>att: President, Vice President, Officer, Managing or General Agent or any other agent authorized by appointment or by law to receive service of process | | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo/La Z Boy Furniture<br>co Schacter Portnoy, LLC<br>3490 U.S. Route 1, Suite 6<br>Princeton, NJ 08540 | | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| att: President, Vice President, Officer, Managing or General Agent or any other agent authorized by appointment or by law to receive service of process | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CavalryPortfolio Sv/LaZ Boy Furniture<br>7 Skyline Drive<br>Hawthorne, NY 10532<br>att: President, Vice President, Officer, Managing or General Agent or any other agent authorized by appointment or by law to receive service of process | | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16