**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | John S Roberts | Social Security number or ITIN  xxx–xx–7972 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 22–10692–KCF | |

# Order of Discharge         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

John S Roberts

4/29/22                      **By the court:**  Kathryn C. Ferguson
                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
John S Roberts  
    Debtor

Case No. 22-10692-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Apr 29, 2022      Form ID: 318      Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John S Roberts, 27 Stratford Drive, Brick, NJ 08724-3854 |
| cr | + | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519494368 | ++ | ALLIED DIGESTIVE HEALTH LLC, MONMOUTH PARK CORPORATE CENTER I, 187 ROUTE 36 SUITE 230, WEST LONG BRANCH NJ 07764-1306 address filed with court:, Allied Digestive Health, 60 Highway 36, Suite B, West Long Branch, NJ 07764-1463 |
| 519494369 | + | Cavalry/La z Boy Furniture, 7 Skyline Drive, Hawthorne, NY 10532-2156 |
| 519494375 | + | Court Officer Delia Groeling, PO Box 537, DC000558-11, Barnegat, NJ 08005-0537 |
| 519494378 | + | Crystal Run Healthcare, LLP, 155 Crystal Run Road, Middletown, NY 10941-4057 |
| 519494379 | + | Crystal Run Healthcare, LLP, co Credit Management Company, P. O. Box 16346, Pittsburgh, PA 15242-0346 |
| 519494380 | + | Discover, co Forster, Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519494382 | + | Discover/Citibank, co Rubin & Rothman, 1787 Veterans Hwy Suite 32, PO Box 9003, Islandia, NY 11749-9003 |
| 519494384 | + | Ditech, Po Box 6172, Rapid City, SD 57709-6172 |
| 519494383 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 519494385 | + | First Atlantic Fcu, 100 Monmouth Park, West Long Branch, NJ 07764-1462 |
| 519494387 | + | Higher Education Student Assistance Auth, 4 Quakenbridge Plz, Trenton, NJ 08619-1241 |
| 519494386 | + | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, P.O. Box 548, Trenton, NJ 08625-0548 |
| 519494390 | | LaZBoy Furniture, 1 Lazboy Dr, Monroe, MI 48162-5138 |
| 519494391 | | Lowes, co Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519494397 | + | Ocean Medical Center, co Michael Maloney, 3455 Route 66, PO Box 727, Neptune, NJ 07754-0727 |
| 519494399 | + | Orange Lake Resorts, Attn: Bankruptcy, 9271 South John Young Parkway, Orlando, FL 32819-8607 |
| 519494402 | + | Sears/LVNV Funding, C/o Forster, Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725-5710 |
| 519494403 | + | Security Credit, co Nudleman, Klem & Golub, 425 Eagle Rock Ave Suite 403, Roseland, NJ 07068-1717 |
| 519494404 | | Security Credit Service, co Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519494405 | + | Security Credit Services, 2623 W Oxford Loop, Oxford, MS 38655-5442 |
| 519494406 | + | TRAF Group, 2297 St Hwy 33 Ste 906, Trenton, NJ 08690-1717 |
| 519494407 | + | Traf Group Inc/A-1 Collections, Attn: Bankruptcy, 2297 St Hwy 33 Ste 906, Hamilton Square, NJ 08690-1717 |
| 519494408 | + | Traf Group Inc/A-1 Collections, 101 Grovers Mill Road, Lawrenceville, NJ 08648-4706 |
| 519494409 | + | Veripro Solutions, PO Box 3572, Coppell, TX 75019-5538 |
| 519494410 | | WebBank, co Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519494412 | | WebBank/Midland Funding, co Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519494414 | | Wells Fargo, PO Box 54180, Los Angeles, CA 90054-0180 |
| 519494413 | + | Wells Fargo, co Schacter Portnoy, LLC, 3490 U.S. Route 1, Suite 6, Princeton, NJ 08540-5920 |
| 519494415 | + | West Hudson Imaging, co Collection Bureau Hudson Valley, Inc., Po Box 831, 155 North Plank Road, Newburgh, NY 12550-1747 |
| 519494416 | + | West Hudson Imaging, 707 E Main St, Middletown, NY 10940-2650 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 29 2022 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 29 2022 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519494370 | + | Email/Text: signed.order@pfwattorneys.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 29 2022 20:25:00 | Chase, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519494372 | + | Email/Text: signed.order@pfwattorneys.com | Apr 29 2022 20:25:00 | Chase/Midland Funding LLC, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519494373 | + | EDI: CITICORP.COM | Apr 30 2022 00:23:00 | Citibank, 701 East 60th St North, Sioux Falls, SD 57104-0432 |
| 519494374 | + | Email/Text: ering@cbhv.com | Apr 29 2022 20:25:00 | Collection Bureau Hudson Valley, Inc., 155 North Plank Rd, Newburgh, NY 12550-1748 |
| 519494376 | + | Email/Text: bkcy@creditmgt.com | Apr 29 2022 20:25:00 | Credit Management Control, Attn: Bankruptcy, Po Box 1654, Green Bay, WI 54305-1654 |
| 519494377 | + | Email/Text: bkcy@creditmgt.com | Apr 29 2022 20:25:00 | Credit Management Control, P.o. Box 1654, Green Bay, WI 54305-1654 |
| 519494381 | | EDI: DISCOVER.COM | Apr 30 2022 00:23:00 | Discover, P. O. Box 6103, Carol Stream, IL 60197-6103 |
| 519494371 | | EDI: JPMORGANCHASE | Apr 30 2022 00:23:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 519494388 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 29 2022 20:24:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519494389 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 29 2022 20:24:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519494393 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2022 20:36:13 | LVNV Funding LLC, 15 S Main Street Ste 600, Greenville, SC 29601-2768 |
| 519494392 | + | EDI: RMSC.COM | Apr 30 2022 00:23:00 | Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 519494395 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 29 2022 20:25:00 | Midland Funding LLC, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 519494396 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 29 2022 20:25:00 | New Res-shellpoint Mtg, 55 Beattie Place, Greenville, SC 29601-2165 |
| 519494398 | + | Email/Text: OMCbankruptcy@hackensackmeridian.org | Apr 29 2022 20:30:00 | Ocean Medical Center, 425 Jack Martin Blvd., Brick, NJ 08724-7732 |
| 519494400 | + | Email/Text: bankruptcies@orangelake.com | Apr 29 2022 20:24:00 | Orange Lake Resorts, 8505 W Irlo Bronson Memo, Kissimmee, FL 34747-8217 |
| 519494394 | | Email/Text: signed.order@pfwattorneys.com | Apr 29 2022 20:25:00 | Midland Funding LLC, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519494401 | | EDI: CITICORP.COM | Apr 30 2022 00:23:00 | Sears, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 519494411 | + | EDI: BLUESTEM | Apr 30 2022 00:23:00 | WebBank, 215 State St. #800, Lake City, UT 84111-2339 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 29, 2022 | Form ID: 318 | Total Noticed: 53 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor John S Roberts courtdocs@oliverandlegg.com R59915@notify.bestcase.com |

TOTAL: 4