UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

WILLIAM H. OLIVER, JR.
Oliver and Legg
2240 Highway 33 Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s) John Roberts
WO-7129

Order Filed on May 11, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
In Re:

Roberts, John:
Debtor(s)

Case Number: 22-10692

Hearing Date: 5/10/2022 at 10:00 am

Judge: Kathryn C. Ferguson

Chapter: 7

Recommended Local Form:  ☐ Followed  ☐ Modified

## ORDER TO AVOID LIEN(S) IN A CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

**DATED: May 11, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial lien(s) on the property described as _____27 Stratford Drive Brick NJ_____, and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. _Midland Funding OCN DC 013860-12    DJ-007935-2014_____

2. _Cavalry Portfolio Services  OCN DC007484-11    DJ 103236-2012_____

3. _____

and it is hereby

ORDERED that the debtor may avoid above referenced lien(s) and have same cancelled of record as to the property, provided the debtor is granted a discharge in this chapter 7 case.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-10692-KCF |
| John S Roberts | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: May 11, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2022:**

**Recip ID        Recipient Name and Address**
db          +  John S Roberts, 27 Stratford Drive, Brick, NJ 08724-3854

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2022            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2022 at the address(es) listed below:**

**Name                Email Address**

Andrea Dobin
                    ecftrusteead@msbnj.com  NJ55@ecfcbis.com;trusteedobin@remote7solutions.com

Charles G. Wohlrab
                    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
                    on behalf of Debtor John S Roberts courtdocs@oliverandlegg.com  R59915@notify.bestcase.com

TOTAL: 4